FILED

07 MAY -2 PM 3:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER DEMETRIO,**<br><br>Plaintiffs<br><br>v.<br><br>**KURMAC INC; And DOES 1 THROUGH 10, Inclusive**<br><br>Defendants | Case No.:06cv2508 L (AJB)<br><br>[Proposed] **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv2508 L (AJB). Additionally, Plaintiffs' Complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 5/2/07

*/s/ James Lorenz*
HON. M. JAMES LORENZ
UNITED STATES DISTRICT COURT JUDGE

Case Number. 06cv2508 L (AJB)